[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10502
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 17, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:08-cr-21097-JAL-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REGINALD HOLSEY,
a.k.a. Cornbread,
a.k.a. CB,

Defendant-Appellant,

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 17, 2010)

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Phillip Horowitz, appointed counsel for Reginald Holsey in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  The final judgment, however, contains a clerical error, in that it specifies that Holsey's conviction on Count Eleven is for conspiracy to possess with intent to distribute cocaine, instead of cocaine base.  Therefore, we **REMAND IN PART WITH INSTRUCTIONS** to correct the clerical error on the final judgment.  In all other respects, however, independent examination of the entire record reveals no arguable issues of merit.  Counsel's motion to withdraw is therefore **GRANTED**, and Holsey's convictions and sentences are **AFFIRMED**.